IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERIC JASON FARLEY,**                                                                                       **PLAINTIFF**
**ADC #121579**

v.                              Case No. 4:22-cv-00235-KGB-JTK

**WELLPATH HEALTHCARE,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 40). Plaintiff Eric Jason Farley has not objected Judge Kearney's Recommendation, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, Mr. Farley's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 2). All pending motions are denied as moot (Dkt. Nos. 10, 19 20, 27, 36). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 18th day of July, 2023.

Kristine G. Baker
United States District Judge